# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| STEVEN E. SHUDA,<br><br>*Plaintiff*<br>v.<br>DOUGLAS COUNTY OFFICIALS, CHELAN COUNTY OFFICIALS, OKANOGAN COUNTY OFFICIALS and STATE OF WASHINGTON OFFICIALS,<br><br>*Defendant* | Civil Action No. 2:15-CV-97-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: IT IS ORDERED the Report and Recommendation, ECF No. 14 is ADOPTED in its entirety and the Complaint, ECF No. 12 is DISMISSED for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: September 29, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer